AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Lewis, Peter C. | **2. Court or Organization**<br><br>Southern District of California | **3. Date of Report**<br><br>07/09/2017 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - full time | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |
| **7. Chambers or Office Address**<br><br>United States Courthouse<br>2003 W. Adams, Suite 230<br>El Centro, CA 92243 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 07/09/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 07/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cabrillo Federal Credit Union Accounts | A | Interest | J | T | | | | | |
| 2. LPL Financial #1 (H) | | | | | | | | | |
| 3. LPL Financial (cash holding acct) | A | Int./Div. | M | T | | | | | |
| 4. CVX | B | Dividend | L | T | | | | | |
| 5. CBR (Y) | | | | | | | | | |
| 6. MRK | A | Dividend | J | T | | | | | |
| 7. AGN'A | A | Dividend | J | T | Buy | 12/20/16 | J | | |
| 8. ARNC'B (X) | A | Dividend | J | T | | | | | |
| 9. AA'B (Y) | | | | | | | | | |
| 10. ACAS | | None | J | T | | | | | |
| 11. AU | | None | J | T | | | | | |
| 12. MT | A | Dividend | J | T | | | | | |
| 13. CWCO | A | Dividend | J | T | | | | | |
| 14. GM | A | Dividend | | | Sold | 04/27/16 | J | | |
| 15. GFI | A | Dividend | J | T | | | | | |
| 16. HPT | A | Dividend | J | T | | | | | |
| 17. HGT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 07/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  MIL (Y) | | | | | | | | | |
| 19.  DS (formerly NCT) | A | Dividend | J | T | | | | | |
| 20.  NRZ | A | Dividend | J | T | | | | | |
| 21.  NAT | | None | | | Sold | 06/22/16 | J | A | |
| 22.  APTS | A | Dividend | J | T | | | | | |
| 23.  QCOM | A | Dividend | J | T | | | | | |
| 24.  RMR (Y) | | | | | | | | | |
| 25.  SBGL | A | Dividend | J | T | | | | | |
| 26.  STAG | A | Dividend | J | T | | | | | |
| 27.  UMH | A | Dividend | J | T | | | | | |
| 28.  VEOEY | | None | | | Sold | 04/27/16 | J | C | |
| 29.  HCN | A | Dividend | J | T | | | | | |
| 30.  WSR | A | Dividend | J | T | | | | | |
| 31.  AUY | A | Dividend | J | T | | | | | |
| 32.  FAX | A | Dividend | J | T | | | | | |
| 33.  FCO | A | Dividend | J | T | | | | | |
| 34.  AHT | A | Dividend | J | T | Buy | 08/26/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 07/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CPG | A | Dividend | J | T | Buy | 06/20/16 | J | | |
| 36. HL | | None | J | T | Buy | 08/26/16 | J | | |
| 37. STNG | A | Dividend | J | T | Buy | 12/20/16 | J | | |
| 38. PDS | | None | J | T | Buy | 04/27/16 | J | | |
| 39. KMI'A | A | Dividend | J | T | Buy | 04/27/16 | J | | |
| 40. MFCB (X) | A | Dividend | J | T | | | | | |
| 41. SNR | A | Dividend | J | T | Buy | 08/26/16 | J | | |
| 42. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 43. PAAS | A | Dividend | J | T | Buy | 03/11/16 | J | | |
| 44. TEVA | A | Dividend | J | T | Buy | 12/20/16 | J | | |
| 45. AES Trust III | A | Int./Div. | J | T | | | | | |
| 46. IRA #1 (H) | | | | | | | | | |
| 47. LPL Financial (cash holding acct) | A | Int./Div. | J | T | | | | | |
| 48. ACAS | | None | J | T | | | | | |
| 49. HGT | A | Dividend | J | T | Buy | 07/19/16 | J | | |
| 50. IPG | A | Dividend | J | T | | | | | |
| 51. WSR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 07/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRET | A | Dividend | J | T | | | | | |
| 53. NRP (Y) | | | | | | | | | |
| 54. IRA #2 (H) | | | | | | | | | |
| 55. LPL Financial (cash holding acct) | A | Int./Div. | J | T | | | | | |
| 56. ARCC | A | Dividend | J | T | | | | | |
| 57. HCN | A | Dividend | J | T | | | | | |
| 58. XL | A | Dividend | J | T | | | | | |
| 59. PSEC (Y) | | | | | | | | | |
| 60. MFG | A | Dividend | J | T | | | | | |
| 61. UMH | A | Dividend | J | T | | | | | |
| 62. DS (formerly NCT) | A | Dividend | J | T | | | | | |
| 63. APTS | A | Dividend | J | T | | | | | |
| 64. Trust #1, Account 1 (H) | | | | | | | | | |
| 65. Morgan Stanley Sweep Account (cash) | A | Interest | L | T | | | | | |
| 66. Apple Inc (X) | A | Dividend | K | T | | | | | |
| 67. AT&T Inc | C | Dividend | M | T | | | | | |
| 68. Chevron | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 07/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Dominion Res Inc | C | Dividend | L | T | | | | | |
| 70. Energy Transfer Eqty LP | D | Dividend | M | T | | | | | |
| 71. Enterprise Products Partners LP | C | Dividend | L | T | | | | | |
| 72. Glaxosmithkline PLC ADS (X) | B | Dividend | K | T | | | | | |
| 73. Kinder Morgan Energy Partners | C | Dividend | M | T | | | | | |
| 74. Merck & Co Inc New Com (MRK) | B | Dividend | K | T | | | | | |
| 75. Monsanto Co/New (X) | A | Dividend | K | T | | | | | |
| 76. Nextera Energy | C | Dividend | N | T | | | | | |
| 77. Pepsico Inc NC (X) | B | Dividend | L | T | | | | | |
| 78. Phillip Morris Intl | C | Dividend | L | T | | | | | |
| 79. Plains All American | D | Dividend | L | T | | | | | |
| 80. PPL Corp | B | Dividend | K | T | | | | | |
| 81. Southern Co | C | Dividend | L | T | | | | | |
| 82. Union Pacific Corp (X) | A | Dividend | K | T | | | | | |
| 83. Verizon Communications | D | Dividend | M | T | | | | | |
| 84. Vodafone Group PLC | B | Dividend | K | T | | | | | |
| 85. Welltower Inc (X) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 07/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Western Gas Partners | D | Dividend | M | T | | | | | |
| 87. Talen Energy Corp Com (X) | | None | | | Sold | 12/06/16 | J | | |
| 88. Maricopa Cnty Ariz Sch Dist NO 065 Littleton Sch Impt SER-A (X) | B | Interest | L | T | | | | | |
| 89. Maricopa Cnty Ariz Sch Dist NO 4 Mesa UN (X) | C | Interest | M | T | | | | | |
| 90. Yuma Cnty Ariz Free Libr Dist Ref (X) | B | Interest | L | T | | | | | |
| 91. MS Floating Rate Note Based on US CPI (X) | C | Interest | M | T | | | | | |
| 92. BAC Fixed to Floating Rate Note Based on CPI 3.46 (X) | B | Interest | L | T | | | | | |
| 93. BAC Fixed to Floating Rate Note Based on CPI 3.74 (X) | B | Interest | L | T | | | | | |
| 94. Invesco Muni Income A (X) | E | Interest | N | T | | | | | |
| 95. American Exp (cash) (X) | B | Interest | L | T | | | | | |
| 96. Discover BK (cash) (X) | A | Interest | | | Closed | 07/25/16 | L | | |
| 97. First National BK (cash) | B | Interest | L | T | Open | 08/10/16 | L | | |
| 98. Goldman Sachs New York NY (cash) (X) | B | Interest | M | T | | | | | |
| 99. Goldman Sachs (cash) ((X) | B | Interest | M | T | | | | | |
| 100. Trust #1, Account 2 (H) | | | | | | | | | |
| 101. Morgan Stanley Sweep Account (cash account) (X) | A | Interest | J | T | | | | | |
| 102. Abbott Labs | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 07/09/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Abbvie Inc. | C | Dividend | L | T | | | | | |
| 104. Bristol Myers Squibb Co (BMY) (X) | B | Dividend | L | T | | | | | |
| 105. Chevron | D | Dividend | M | T | | | | | |
| 106. Conoco Phillips | A | Dividend | K | T | | | | | |
| 107. Exxon Mobil | E | Dividend | N | T | | | | | |
| 108. General Electric | E | Dividend | O | T | | | | | |
| 109. General Mills | B | Dividend | L | T | | | | | |
| 110. Intel Corp | C | Dividend | M | T | | | | | |
| 111. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 112. Merck & Co Inc New Com (MRK) | C | Dividend | L | T | | | | | |
| 113. Phillips 66 | C | Dividend | L | T | | | | | |
| 114. Procter & Gamble Co | B | Dividend | L | T | | | | | |
| 115. United Technologies Corp (X) | B | Dividend | L | T | | | | | |
| 116. Wells Fargo & Co | E | Dividend | O | T | | | | | |
| 117. Trust #1, Misc. Holdings (H) | | | | | | | | | |
| 118. Lot: Kern County, CA | A | Rent | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 07/09/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In prior reports, holdings within Trust #1 were reported as a single group. They are now divided by account. As a result, lines 68 and 105 were split from 2015 line 62, and lines 74 and 112 were split from 2015 line 75 (with a corporate name change).

Part VII, line 65: Updated description; see 2015, line 58.

Part VII, line 118: Ownership share is approximately 1/32.

Part VII, lines 60, 61, 65, 70, 72, 76, 77, 92, and 94 of the 2015 report are not reportable in 2016.

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 07/09/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter C. Lewis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544